**Red HITCHCOCK, Appellant, v. STATE of Texas, Appellee. (No. 13099.)**

Court of Criminal Appeals of Texas. Oct. 30, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Carl HOLDER v. STATE. (No. 13174.)**

Court of Criminal Appeals of Texas. Nov. 20, 1929.

S. F. Hill, of Houston, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for transporting intoxicating liquor; punishment, two years in the penitentiary.

The record contains neither statement of facts nor bills of exception. The indictment is in legal form, and is followed by the charge of the court, the judgment, and sentence. Appellant asked a special charge defining transportation, which was given. Special charge No. 1 was apparently refused, because it was covered by the main charge. The objections to the court's charge appear to be without merit.

No error appearing, the judgment will be affirmed.

**Alec HUTTON v. STATE. (No. 12920.)**

Court of Criminal Appeals of Texas. Nov. 6, 1929.

Will T. Bagby, of Hallettsville, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, murder; penalty, four years in the penitentiary.

Appellant has filed an affidavit in due form asking that this appeal be dismissed, and that he be allowed to accept the sentence of the lower court.

The appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Jack JACKSON, Appellant, v. STATE of Texas, Appellee. (No. 13048.)**

Court of Criminal Appeals of Texas. Oct. 30, 1929.

Murchison & Davis, of Haskell, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful sale of intoxicating liquor; penalty, one year.

The record contains neither statement of facts nor any bill of exception. Appellant presents nothing for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Nettie Mae JOHNSON v. STATE. (No. 13159.)**

Court of Criminal Appeals of Texas. Nov. 20, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for arson; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment correctly charges the offense, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.